UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EVELYN SEYMOUR,

    Plaintiff,

vs.                                             CASE NO. 3:04-cv-314-J-HTS

JO ANNE B. BARNHART,
Commissioner of the
Social Security
Administration,

    Defendant.
_____

**O R D E R**

This cause is before the Court on Plaintiff's Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. #24; Motion), filed on July 24, 2005. Defendant's Opposition to Plaintiff's Petition for an Attorney Fee Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc. #25; Opposition) was filed on August 5, 2005.

The Commissioner asserts the Motion is untimely. *Id.* at 3. Further, it is Defendant's position that the applicable deadline should not be tolled. *Id.* at 4. The Opposition points out "[n]o reason for the delay in filing has been offered by Plaintiff or her attorney." *Id.* at 5. The Motion fails to discuss the timeliness of its filing or lack thereof.

In light of the foregoing, it is

**ORDERED:**

Plaintiff shall, within eleven (11) days from the date of this Order, file a reply to the Opposition addressing the issues raised therein, including timeliness and, if appropriate, equitable tolling.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of August, 2005.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

All counsel of record
      and *pro se* parties, if any